## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BAVARIA YACHTS USA, LLLP | : | CASE NO. 16-68583-jrs |
| | : | |
| DEBTOR. | : | |

## CREDITOR BAVARIA YACHTBAU GMBH'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY (BAVARIA 360 SPORT HT) FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS [Doc. 70]

COMES NOW, Creditor Bavaria Yachtbau GmbH ("Bavaria Yachtbau") and hereby files this, its objection to Debtor Bavaria Yachts USA, LLLP's ("Debtor") Motion for Authorization to Sell Personal Property (Bavaria 360 Sport HT) Free and Clear of Liens, Claims, Encumbrances, and Interests [Doc. 70] ("Debtor's Motion").

Bavaria Yachtbau does not object to the proposed sales price or proposed buyer of the Boat[1] in Debtor's Motion.  Instead, Bavaria Yachtbau's primary objection is predicated on its contention that it, not Debtor, owns the Boat and, thus, such Boat is not part of the Debtor's estate.  Because Bavaria Yachtbau recognizes that the Boat is a depreciating asset, it proposes to allow the sale of the

---

[1] Debtor's Motion seeks the Court's authorization to sell the following boat: a Bavaria 360 Sport HT, Serial No. BAVK36G3I516 (the "Boat").

Boat pursuant to the terms and conditions proposed in its Motion for Approval of Proposal for Sale and Deposit of Funds into Registry of the Court, or in the Alternative, for Sale and to Hold the Funds in Escrow Pending Further Order of the Court [Doc. 80] (the "Escrow Motion").  Pursuant to these terms and conditions, the net funds received pursuant to the sale of the Boat shall be deposited into the registry of the Court or, in the alternative, held in escrow by counsel for Bavaria Yachtbau, until a final determination as to the ownership of this Boat (as well as certain other boats) is rendered.

Additionally, Bavaria Yachtbau objects to the Debtor's Motion on the grounds that Debtor employed YachtSalesInternational.com ("YSI") as a broker before receiving approval of the Court to do so.  In fact, Debtor employed this broker despite knowing that Bavaria Yachtbau had objected to Debtor's motion to employ YSI.  Therefore, Bavaria Yachtbau objects to any portion of the sales price being paid to an unauthorized broker.

In further support of its objections, Bavaria Yachtbau shows this Court as follows:

1.      Debtor's Motion seeks the Court's authorization to sell the Boat for $200,000.00 to Max Joseph Zeldich pursuant to a Purchase and Sale Agreement prepared by YSI with a 10% sales price commission paid to YSI.  [Doc. 70.]

-2-

2.      Bavaria Yachtbau does not object to the sales price of $200,000.00 for the Boat.

3.      Bavaria Yachtbau, however, does object to the sale of the Boat "free and clear of liens, claims, encumbrances, and interests" as well as to Debtor's proposed distribution of the sale proceeds, including Debtor's proposal that all net proceeds be paid to Debtor and that a $20,000 commission be paid to YSI. [Doc. 70 at ¶ 10.]  Specifically, Bavaria Yachtbau contends that it, not Debtor, owns the Boat (as well as certain other boats that Debtor alleges that it owns), and it is in the process of filing a motion for relief from the stay or, in the alternative for declaratory judgment, contending that, under German law, Bavaria Yachtbau is the owner of the Boat and, thus, it should have the right to pursue legal action to repossess the Boat.[2]  [Claim 26.]  The Boat is in the possession of Debtor pursuant to contracts between Bavaria Yachtbau and Debtor which specify that German law governs these contracts and disputes arising out of, or in connection with, these contracts.  [Ex. A; Claim 26, Ex. B3-B4.][3]  Furthermore, these contracts, which

_____

[2] The reason for the delay in the filing of this motion is that Bavaria Yachtbau plans to submit an affidavit from a German law Professor as to the applicable German substantive law.  Bavaria Yachtbau expects this affidavit to be completed this week and expects to file its motion by Friday, February 10, 2017.

[3] Exhibit A is the parties' September 25, 2013 Motorboat Dealer Contract. Exhibits B3 and B4 to Claim 26 are (1) the General Terms and Conditions of Sale and

were executed by Debtor—a sophisticated, well-educated business owner with the

opportunity to have its own counsel—fully grant jurisdiction to the Federal

Republic of Germany over any and all disputes between these parties.  [Id.]

      4.    Because the ownership of the boats is disputed, Bavaria Yachtbau

filed the Escrow Motion.  [Doc. 80.]  The Terms and Conditions of the Escrow

Motion—which are described more fully therein—would allow the proceeds from

any sale of the Boat (as well as other vessels to which Bavaria Yachtbau claims

ownership) to be held in the registry of the Court or in escrow while the underlying

issues of the underlying ownership of the boats are litigated between the parties.

[Id.]  Moreover, pursuant to these Terms and Conditions, the proposed purchaser

will be authorized to purchase the Boat free and clear of all liens, claims,

encumbrances, and interests.  Thus, Bavaria Yachtbau requests that the Court

authorize the sale of the Boat for $200,000.00 pursuant to the Terms and

Conditions outlined in the Escrow Motion.  The sale of the Boat pursuant to these

Terms and Conditions would maximize the return of proceeds and facilitate their

liquidation within this Chapter 11 case and, at the same time, preserve Bavaria

Yachtbau's potential ownership rights and all other rights of all parties involved.

---

Delivery of Bavaria Yachtbau and (2) the Inventory Security Agreement, both of
which are incorporated into the terms of the Motorboat Dealer Contract.

5.      Bavaria Yachtbau further objects to Debtor's Motion on the grounds that Debtor employed YSI as a broker for this sale prior to receiving authorization from the Court to do so.

6.      Specifically, on January 4, 2017, Debtor filed its Motion for Authority to Retain YSI as Vessel Broker to assist in the sale of the Boat and two other vessels located in Florida. ("Debtor's Motion to Retain").  [Doc. 56.]  On January 10, 2017, Bavaria Yachtbau filed its objection to Debtor's Motion to Retain.  [Doc. 57.]

7.      Even though the Court had not made a ruling on Debtor's Motion to Retain, YSI acted as a broker for Debtor with regard to the proposed sale of the Boat, including negotiating a January 16, 2017 Purchase and Sale Agreement with the prospective purchaser.  [Doc. 70, Ex. A.]

8.      Because Debtor's retention of YSI was not authorized by the Court, YSI had no authority to solicit or facilitate that sale of the Boat and, thus, it should not be allowed to recover a commission for its alleged services.  See 11 U.S.C. § 327; see also In re S. Diversified Properties, Inc., 110 B.R. 992, 996 (Bankr. N.D. Ga. 1990) ("Without court approval and appointment, an application for compensation for professional services may be denied . . . .");  In re Haley, 950 F.2d 588 (9th Cir. 1991) (Real estate broker, who had not obtained bankruptcy

-5-

court approval to act as broker for sale of debtors' property, was not entitled to recover commission).  Therefore, Bavaria Yachtbau objects to Debtor's request to distribute $20,000 of the sales proceeds to YSI.  [Doc. 70 at ¶ 10.]

WHEREFORE, for the foregoing reasons, Bavaria Yachtbau respectfully requests that this Court authorize the sale of the Boat pursuant to the Terms and Conditions outlined in the Escrow Motion and deny the request to distribute any of the proceeds of the sale to YSI.

Respectfully submitted, this 1st day of February, 2017.

/s/ Richard L. Robbins
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Craig G. Kunkes
Georgia Bar No. 963594
ckunkes@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia  30309
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
Georgia Bar No. 622895
shayna@steinfeldlaw.com
Steinfeld & Steinfeld, P.C.
P.O. Box 49446
Atlanta, Georgia 30359
Telephone:  (404) 636-7786
Facsimile:   (404) 636-5486

-6-

*Attorneys for Bavaria Yachtbau GmbH*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, I served a copy of the foregoing **CREDITOR BAVARIA YACHTBAU GMBH'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY (BAVARIA 360 SPORT HT) FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS [Doc. 70]** via the CM/ECF electronic filing system on all Electronic Filing Users who have consented to such service.

This 1st day of February, 2017.

*/s/ Richard L. Robbins*
Richard L. Robbins

-8-