**IT IS ORDERED as set forth below:**



**Date: February 7, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| BAVARIA YACHTS USA, LLLP ) | |
| ) | CASE NO. 16-68583-jrs |
| **Debtor.** ) | |

**ORDER ON MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY
(BAVARIA 360 SPORT HT) FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS**

Debtor's Motion for Authorization to Sell Personal Property (Bavaria 360 Sport HT) Free and Clear of Liens, Claims, Encumbrances, and Interests filed on January 27, 2017 (the "Motion") [Docket No. 70], and Creditor Bavaria Yachtbau GmbH's Objection to Debtor's Motion (the "Objection") filed on February 1, 2017 [Docket No. 85] came before this Court for hearing on February 2, 2017 at 9:00 a.m. The Court having considering the pleadings and having heard from counsel for the debtor and counsel for Bavaria Yachtbau GmbH, and the U.S. Trustee, it is hereby

**ORDERED THAT:**

1) The Motion is GRANTED. The Debtor is authorized to, but is not compelled to, sell the Bavaria 360 Sport HT, Serial No. BAVK36G3I516 (the "Boat") on the terms as set forth in the Purchase and Sale Agreement attached to the Motion.  Upon sale of the Boat the Debtor is authorized to pay the commission to Udo Willersinn - YachtSalesInternational.com located in Florida.

2) The Net Proceeds of the sale shall be held in an escrow account held by Counsel for Debtor.

3) This sale is free and clear of liens, claims, encumbrances, and interests with respect to the purchaser. Such liens, claims, encumbrances, and interests, if any, shall attach to the proceeds of this sale. This sale shall be without prejudice as to Bavaria Yachtbau GmbH or any other creditor making a claim to the proceeds of this sale.

4) The sale transaction consummated pursuant to this Order shall be binding upon and shall govern the acts of all entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the property sold pursuant to this Order; and each and every federal, state, and local governmental agency or department is directed to accept this Order as sole and sufficient evidence of the transfer of title to the purchaser, and such agency or department shall rely upon this Order in consummating the transactions contemplated hereby.

5) The requirements set forth in Bankruptcy Rule 6004 are satisfied by the contents of the Motion or otherwise deemed waived.

6) The terms of this Order shall be effective and enforceable immediately upon its entry.

7) This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### [END OF DOCUMENT]

Prepared by:

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
1380 W. Paces Ferry Road, Suite 1150
Atlanta, GA 30327
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtor**

# DISTRIBUTION LIST

Louis G. McBryan
McBryan, LLC
1380 W. Paces Ferry Road
Suite 1150
Atlanta, GA 30327

Thomas W. Dworschak
United States Trustee's Office
Richard B. Russell Federal Bldg Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Richard L. Robbins
Robbins Ross Alloy Belinfante Littlefield LLC
999 Peachtree Street, NE
Suite 1120
Atlanta, GA 30309