IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BAVARIA YACHTS USA, LLLP | ) | CASE NO. 16-68583-JRS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR EXPEDITED HEARING ON APPLICATION FOR AUTHORITY TO EMPLOY RITTERSHAUS RECHTSANWÄLTE PARTNERSCHAFTSGESELLSCHAFT mbB AS SPECIAL COUNSEL TO THE DEBTOR**

COMES NOW, Bavaria Yachts USA, LLLP, Debtor, and, moves this Court for an Order expediting the hearing on its Application for Authority to Employ Rittershaus Rechtsanwälte Partnerschaftsgesellschaft mb as Special Counsel to the Debtor. [Docket No. 303]. Debtor respectfully shows:

1.

Debtor seeks an expedited hearing on its Application for Authority to Employ Rittershaus Rechtsanwälte Partnerschaftsgesellschaft mb as Special Counsel to the Debtor under Fed.R.Bankr.P. 2015. The Court may grant an expedited hearing for good cause.

2.

Debtor and Bavaria Yachtbau GmbH ("Yachtbau") Application for Authority to Employ Rittershaus Rechtsanwälte Partnerschaftsgesellschaft mb as Special Counsel to the Debtor, who are opposing parties in the Adversary Proceeding Case No. 17-0502 have agreed to attempt mediation again and have scheduled a mediation for Friday June 22, 2018 involving all issues in the Adversary Proceeding and related to the proofs of claims filed in the Bankruptcy Case by Yachtbau. However, Yachtbau has filed an insolvency proceeding in a German court and Debtor nor its Bankruptcy counsel nor its Special Counsel Dombrowsky Law are experts or familiar with German insolvency law. Thus, the Estate requires counsel to protect its interests

and since the mediation is taking place soon, the need for a shortened period is required to protect the Estate.

3.

Additionally, Mr. Kenneth Feld in his individual capacity has, by consent of Debtor and Yachtbau, joined the mediation because Yachtbau has filed suit against him in the Superior Court of Fulton County, Georgia. The claims asserted against Mr. Feld are related to his activities when he was General Partner of the Debtor or when he acted on behalf of the General Partner and for which he asserts the Debtor owes him indemnification for all fees and expenses for such suit.

4.

Debtor requires German counsel for advice to determine what if any affect or effect the Yachtbau insolvency has or may have on the pending Adversary Proceeding, Proofs of Claims or the Estate's claims against Yachtbau in Germany or this Court. Therefore, an expedited hearing in in the best interest of the Estate.

WHEREFORE, Debtor requests that this Court enter an Order granting its Motion for an expedited hearing on the Application for Authority to Employ Rittershaus Rechtsanwälte Partnerschaftsgesellschaft mbB as Special Counsel to the Debtor and that a hearing be held on the Application as soon as possible, but no later than Thursday June 14, 2018.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
1380 West Paces Ferry Road, Suite 1150
Atlanta, GA 30327
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
***Attorney for Debtor***

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BAVARIA YACHTS USA, LLLP | ) | CASE NO. 16-68583-JRS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the attached **Motion for Expedited Hearing On Application for Authority to Employ Rittershaus Rechtsanwälte Partnerschaftsgesellschaft mbB as Special Counsel to the Debtor** by using the CM/ECF system which will serve the foregoing document on all parties who have consented to such service or by depositing a copy of the same in the United States Mail, postage prepaid to the parties on the attached mailing matrix.

See Exhibit "A" attached hereto.

This 8th day of June 2018.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
1380 West Paces Ferry Road, Suite 1150
Atlanta, GA 30327
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
*Attorney for Debtor*

James H. Morawetz
Thomas W. Dworschak
United States Trustee's Office
Richard B. Russell Federal Bldg
Suite 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Bavaria Yachtbau GmbH
c/o Richard L. Robbins
Robbins Ross Alloy Belinfante
Littlefield LLC
999 Peachtree Street, NE
Suite 1120
Atlanta, GA 30309

Andrew Thompson
PO Box 11156
St. Thomas, VI 00801

Annapolis Boat Service
c/o Walter E. Jones
Balch & Bingham, LLP
30 Ivan Allen Blvd, NW
Suite 700
Atlanta, GA 30308

Arthur J. Brohinsky
38 Crosby St, Apt 8R
New York, NY 10013

Kona Kai Marina
1551 Shelter Island Drive
San Diego, CA 92106

Catawba Island Club
c/o Scott B. Riddle, LLC
Suite 1800 Tower Place
3340 Peachtree Road, NE
Atlanta, GA 30327

Chris Meyer
6923 Pasadena Avenue
Dallas, TX 75214

Citibank
P.O. Box 183037
Columbus, OH 43218

Dan Brooks
c/o John F. Isbell
Thompson Hine LLP
3560 Lenox Road
Two Alliance Center, Suite 1600
Atlanta, GA 30326

Dominion Marine Media
PO Box 3812
Norfolk, VA 23514

Embree Marine
201 16th Ave S
Saint Petersburg, FL 33701

Intensity Fund 2012, LLC
c/o Argus Advisors
1215 Spruce Street
Suite 200
Boulder, CO 80302

Helmut Appelt
c/o J. Robert Willamson
Scroggins & Williamson, PC
One Riverside
4401 Northside Parkway, Suite 450
Atlanta, GA 30327

Jeffrey Shulman
6304 Lakehurst Ave.
Dallas, TX 75230

M. Yacht Services
c/o Walter E. Jones
Balch & Bingham, LLP
30 Ivan Allen Blvd, NW
Suite 700
Atlanta, GA 30308

McElderry & Associates
c/o John C. Rogers
Carlock, Copeland & Stair, LLC
191 Peachtree Street, NE
Suite 3600
Atlanta, GA 30303-1740

New England Bow Thruster
PO Box 159
West Mystic, CT 06388

Starboard Yacht Group
850 NE 3rd St
Suite 208
Dania, FL 33004

Sylvia Driver
PO Box 11156
St. Thomas, VI 00801

William Rumack
23102 Park Terra
Calabasas, CA 91302

Bavaria Yachtbau GmbH
c/o Shayna M. Steinfeld
Steinfeld & Steinfeld
PO Box 49446
Atlanta, GA 30359

Tanner, Ballew and Maloof, Inc.
Suite 400
5871 Glenride Drive
Atlanta, GA 30328

Cindy Feld
c/o Thompson & Knight LLP
801 Cherry Street, Unit #1
Burnett Plaza, Suite 1600
Fort Worth, TX 76102

"Exhibit A"